THE STATE EX REL. WADDELL ET AL., APPELLANTS,
*v.* MCMONAGLE, JUDGE, APPELLEE.

[Cite as *State ex rel. Waddell v. McMonagle*
(1996), 75 Ohio St.3d 396.]

(No. 95–1444—Submitted February 20, 1996—Decided April 3, 1996.)

*Hall & Hall, Mary Elaine Hall* and *Edison H. Hall, Jr.,* for appellants.

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Gregory B. Rowinski,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.